IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DESI ARNAZ POLK, #1122620,      ) | |
|       Petitioner,                                  ) | |
|                                                           ) | |
| v.                                                          ) | 3:06-CV-0495-M |
|                                                           ) | |
| DOUGLAS DRETKE, Director, Texas   ) | |
| Department of Criminal Justice,         ) | |
| Correctional Institutions Division,       ) | |
|       Respondent.                                ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and ORDERS the Clerk to MAIL to Petitioner a copy of the art. 11.07 application initially filed in this Court on March 20, 2006 (docket #1).

SO ORDERED this 7 day of July, 2006.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE